Jack Silver, Esq. SB #160575
Email: lhm28843@sbcglobal.net
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.(707) 528-8175
Fax.(707) 528-8675

David J. Weinsoff, Esq. SB# 141372
Email: david@weinsofflaw.com
Law Office of David J. Weinsoff
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Fax. (707) 528-8675

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WHITTIER,<br><br>Defendant. | Case No.: 2:15-cv-06392 ODW (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br>**[FRCP § 41(a)(1)(A)(i)]**<br><br>Trial Date:  None Set |

Pursuant to FRCP § 41(a)(1)(A)(i), NOTICE IS HEREBY GIVEN that Plaintiff CALIFORNIA RIVER WATCH hereby dismisses the above-entitled action in its entirety with prejudice.

DATED: April 29, 2016          LAW OFFICE OF JACK SILVER

                               By:    */s/ Jack Silver*
                                      Jack Silver
                                      Attorney for Plaintiff
                                      CALIFORNIA RIVER WATCH

2:15-cv-06392 ODW (AGRx)
Notice of Voluntary Dismissal                    1

1  DATED: April 29, 2016        LAW OFFICE OF DAVID J. WEINSOFF
2
3                               By:  */s/ David J. Weinsoff*
                                     David J. Weinsoff
4                                    Attorney for Plaintiff
                                     CALIFORNIA RIVER WATCH